**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Salvatore Carusone,<br><br>    Plaintiff,<br>v.<br><br>Credit Information Bureau, and DOES 1-10 inclusive,<br><br>    Defendants. | Civil Action No.:  3:10-cv-00680 (DJS) |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation; IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Credit Information Bureau without prejudice and without costs to any party.

| Salvatore Carusone | Credit Information Bureau |
|---|---|
| /s/ Sergei Lemberg | /s/ Jonathan Elliot |
| Sergei Lemberg, Esq. (<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Jonathan D. Elliot<br>Zeldes, Needle & Cooper<br>1000 Lafayette Blvd., Suite 500<br>PO Box 1740<br>Bridgeport, CT 06601-1740<br>Attorney for Defendant |

_____

SO ORDERED